ACCEPTED
04-15-00074-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/30/2015 1:03:57 PM
KEITH HOTTLE
CLERK



## TraciaY. Lee

A Professional Limited Liability Company

P.O. Box. 171022
Austin, Texas 78717

Voice: 512.814.9167
Facsimile: +1 512.271.6806
Email: tlee@tleelaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/30/2015 1:03:57 PM
KEITH E. HOTTLE
Clerk

March 30, 2015

**<u>VIA E-FILE</u>**
Mr. Keith E. Hottle
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

> Re:   Case No. 04-15-00074-CV; *Stacey Scott v. Larry Furrow and Keller Williams Legacy Group*; pending in the Fourth Court of Appeals, San Antonio, Texas

Dear Mr. Hottle:

Please allow this correspondence to serve as notice of my appearance as counsel of record for Appellant Stacey Scott in the above-referenced matter.

Please take note that on March 26, 2015, Ms. Scott filed a Motion for New Trial pertaining to the February 24, 2015 trial court judgment awarding attorney's fees to Appellees. The filing of the Motion for New Trial extends the appellate deadlines. However, in the interest of caution, and to comply with this Court's order of March 19, 2015, Ms. Scott will file an amended notice of appeal with the trial court today.

Thank you for your attention to this matter, and please let me know if you have any questions or concerns.

Sincerely,

Tracia Y. Lee, PLLC
By: Tracia Y. Lee

cc: Scott F. Cline (Via E-service)
Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
Fax: (210) 525-0666
*Attorneys for Appellees Larry Furrow and Keller Williams Legacy Group*